**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANIMAL LEGAL DEFENSE FUND,

        *Plaintiff*,

   v.

THOMAS J. VILSACK, *et al.*,

        *Defendants*.

Civil Action No. 22-3146

## NOTICE OF SUBSTITUTION OF COUNSEL

     Please withdraw the appearance of Christine L. Coogle and enter the appearance of Jason K. Altabet

as counsel for Defendants in this matter. Mr. Altabet hereby certifies pursuant to Local Civil Rule 83.2(f)

that he is personally familiar with the Local Rules of this Court.

Dated: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Jason K. Altabet*
JASON  K. ALTABET
(MD Bar No. 2211280012)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendants*